UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-22962-CIV-JORDAN/TORRES

NOVOSHIP (UK) LIMITED, CALLY
SHIPHOLDINGS, INC., VITAL SHIPPING
CORPORATION and DAINFORD
NAVIGATION, INC.,

    Plaintiffs,

v.

SEA PIONEER SHIPPING CORPORATION
and PMI TRADING, INC.,

    Defendants.
_____/

## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Sea Pioneer Shipping Corporation, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that it has no parent corporation(s) and that no publicly held corporation owns more than 10% or more of its stock.

    Respectfully submitted,

    STROOCK & STROOCK & LAVAN, LLP
    *Attorneys for Sea Pioneer Shipping Corporation*
    200 South Biscayne Boulevard
    Suite 3100
    Miami, FL   33131
    Tel: (305) 358-9900
    Facsimile:  (305) 789-9302

    By:   /s/ Henry E. Mendia
        Henry E. Mendia
        Florida Bar No. 727415
        hmendia@stroock.com
        Irene Oria
        Florida Bar No. 484570
        ioria@stroock.com

Case No.: 07-22962-CIV-JORDAN/TORRES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/Henry E. Mendia

Case No.: 07-22962-CIV-JORDAN/TORRES

**SERVICE VIA CM/ECF NOTICE OF ELECTRONIC FILING**

**ALLAN R KELLY, ESQ.**
Fowler White Burnett P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Fl 33131
*Attorneys for Plaintiffs*


**MICHELLE McCLASKEY, ESQ.**
Cohen & Bobotas
1111 Brickell Avenue
Mellon Financial Center
Suite 2920
Miami, Fl 33131
*Attorneys for Garnishee BNY Mellon*