UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NOVOSHIP (UK) LIMITED, CALLY SHIPHOLDERS, INC., VITAL SHIPPING CORPORATION and DAINFORD NAVIGATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SEA PIONEER SHIPPING CORPORATION and PMI TRADING, INC.,<br><br>Defendants. | CASE NO. 07-22962-CIV-JORDAN |

### FINAL JUDGMENT

THIS CAUSE having come before the Court on Plaintiffs', NOVOSHIP (UK) LIMITED (hereinafter "NOVOSHIP"), CALLY SHIPHOLDINGS INC. (hereinafter "CALLY"), VITAL SHIPPING CORPORATION (hereinafter "VITAL"), and DAINFORD NAVIGATION INC. (hereinafter "DAINFORD") Motion to Re-Open Case, Lift Stay, Enter Final Judgment, and Direct Garnishee to Deliver Garnished Funds to Plaintiffs [D.E. 57], and the Court having granted said motion, it is

ORDERED AND ADJUDGED that Plaintiffs', NOVOSHIP, CALLY, VITAL, and DAINFORD, recover from Defendant SEA PIONEER SHIPPING CORPORATION the amount of $364,800.09, which is the amount that has been garnished in this action plus any accrued interest, and the garnishee Regions Bank is directed to deliver said funds to Plaintiffs in the form of a bank check payable to Plaintiffs' counsel's Fowler White Burnett, P.A. Trust Account forthwith.

DONE AND ORDERED at Miami-Dade County, Florida this ___18___ day of ~~February~~ March, 2013.

United States District Court Judge

cc: Allan R. Kelley, Esq.
Henry E. Mendia, Esq.
Irene Oria, Esq.
Caridad M. Garrido, Esq.
Michelle McClaskey, Esq.